Certificate Number: 01721-PAW-DE-031849562

Bankruptcy Case Number: 18-22932



01721-PAW-DE-031849562

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 1, 2018</u>, at <u>5:45</u> o'clock <u>PM EDT</u>, <u>Kyla Martineck</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>November 2, 2018</u>           By:     <u>/s/Heather Murray</u>

                                        Name:   <u>Heather Murray</u>

                                        Title:  <u>Education Manager</u>